WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>vs.<br><br>Noah Mitchell Grant, Jr.,<br><br>  Defendant. | CR 06-00620-001-PCT-PGR<br><br><br><br>**ORDER** |

A pretrial revocation hearing on the petition on violation of release conditions was held on January 9, 2007.

**THE COURT FINDS** that the Defendant knowingly, intelligently, and voluntarily waives his right to a revocation hearing pursuant to Title 18, U.S.C. § 3148.

**THE COURT FURTHER FINDS** that by clear and convincing evidence that the Defendant has violated the terms and conditions of his release by consuming alcoholic beverages.

**THE COURT FURTHER FINDS** that the Defendant is a danger to the community due to his inability to refrain from consuming alcohol.

**THE COURT FURTHER FINDS** that since Defendant is unable to control his use of illegal substances or alcohol, it is unlikely that Defendant would abide by any order that he not consume alcohol or illegal substances.

**IT IS ORDERED** that the Defendant shall be detained pending further order of the court.

DATED this 10TH day of January, 2007.

_Lawrence O. Anderson_
Lawrence O. Anderson
United States Magistrate Judge